**LEGAL AID FOUNDATION OF LOS ANGELES**          JS-6
Paul J. Estuar (SBN 167764)
pestuar@lafla.org
Shayla Myers (SBN 265054)
smyers@lafla.org
Anna Levine-Gronningsater (SBN 286341)
alevine@lafla.org
7000 S. Broadway
Los Angeles, CA 90003
Tel:  (213) 640-3835
Fax: (213) 640-3988

Attorneys for Plaintiff and Relator Christopher Harrison

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* CHRISTOPHER HARRISON,<br><br>and<br><br>CHRISTOPHER HARRISON, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SHU-HWA BARAN, individually and as Trustee of the Shu-Hwa Baran Trust,<br><br>　　　　　Defendants. | CASE NO. CV 14-2639 RGK-AJWX<br><br>**JUDGMENT** |

///

1

**[PROPOSED] JUDGMENT**

FINAL JUDGMENT

This Court granted Plaintiff and Relator's Motion for Default Judgment on August 28, 2015. In accordance with the Court's August 28, 2015 Order, judgment is hereby entered as follows:

(1) Judgment is entered against Defendant Shu-Hwa Baran, individually and as trustee of the Shu-Hwa Baran Trust, for violations of the False Claims Act. The United States Government is awarded $517,000.00 in civil penalties and $91,407.00 in damages. Plaintiff and Relator Christopher Harrison shall recover 27% of damages and civil penalties awarded to the United States Government ($164,269.89).

(2) Judgment is entered against Defendant Shu-Hwa Baran, individually and as trustee of the Shu-Hwa Baran Trust, for retaliation. Plaintiff Christopher Harrison is awarded $6,000.00 in damages.

(3) Plaintiff and Relator Christopher Harrison is awarded reasonable attorney's fees and costs. Plaintiff shall file a bill of costs and motion for attorney's fees within 14 days after entry of final judgment.

It is so ordered.

Dated: 9/8/15

*Gary Klausner* (signature)

Hon. R. Gary Klausner